# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2007

132714

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE DESHAWN WILLIAMS, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
            Petitioner-Appellee,

v

EDWARD HUDSON,
            Respondent-Appellant,

and

MARIAH WILLIAMS,
            Respondent.

_____/

SC: 132714
COA: 270397
Berrien CC
Family Div: 2004-000041-NA

        On order of the Court, the application for leave to appeal the November 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2007

l0103

_____
Clerk